UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRANDY JEAN DOUGLAS,

    Petitioner,

v.                          No. 04-2606-Ma

REUBEN HODGE,

    Respondent.

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed September 30, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  10-7-05

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02606 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

Brandy Jean Douglas
4120 Cloverport Rd
Tone, TN 38381

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Honorable Samuel Mays
US DISTRICT COURT